IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JIM D. HADDOX                                                                                           PLAINTIFF

v.                                        Case No. 6:21-cv-06138

NURSE PRACTITIONER DARRELL ELKINS
and JAIL ADMINISTRATOR SARA HANEY                                           DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed on August 19, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 29. Judge Ford recommends granting Defendants' Motion to Dismiss (ECF No. 20) and Second Motion to Dismiss (ECF No. 25) because Plaintiff has failed to comply with the Court's Local Rules, which require a *pro se* party to notify the Court of any change in address, and because Plaintiff has failed to prosecute the matter. ECF No. 29, at 2-3 ("Plaintiff has failed to keep the court apprised of his current address as required by Local Rule 5.5(c)(2). Plaintiff has failed to comply with two Court Orders. Plaintiff has failed to prosecute this matter."). Judge Ford therefore recommends dismissing Plaintiff's Complaint (ECF No. 1) without prejudice. ECF No. 29, at 3.

The parties have not responded, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss (ECF No. 20) and Second Motion to Dismiss (ECF No. 25) are hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge